IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Chapter 13 Proceeding |
|---|---|
| Juan A. Ortega | |
| Debtor(s) | 24-10151 MDC |

## ORDER

AND NOW, this 20th day of February, 2024, upon consideration of First Horizon Bank, a Tennessee Banking Corporation Successor by Conversion to First Tennessee Bank, National Association's Motion for an Order Confirming the Absence of Automatic Stay pursuant to §362(c)(4)(A)(i)(ii) it is hereby ORDERED that since the Debtor had two (2) cases pending within the previous year the automatic stay did not go into effect when the Debtor filed this bankruptcy petition on January 17, 2024.

BY THE COURT:

_____
United States Bankruptcy Judge
Magdeline D. Coleman

Interested Parties:
Mary F. Kennedy, Esquire
Attorney for First Horizon Bank, a Tennessee Banking Corporation Successor by Conversion to First Tennessee Bank, National Association

Juan A. Ortega, Pro Se
Debtor(s)

Kenneth E. West, Esquire
Trustee

{00876196}